UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

"UNDER SEAL"

FILED
CHARLOTTE, NC
FEB 20 2013
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:13cr46-RJC |
| ) | |
| v. ) | ORDER TO SEAL INDICTMENT |
| ) | |
| DIVETT LYDRELL MAYS ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Arrest Warrants, Motion to Seal, and any Order issued pursuant thereto be sealed to protect the secrecy of the ongoing investigation until further Order of this Court,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrants, Motion to Seal, and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This __20__ day of February, 2013.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE