IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:13CR46-RJC-DSC |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DIVETT LYDRELL MAYS | ) | **UNDER SEAL** |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion for Limited Disclosure of Sealed Documents," filed by the Government in this matter on February 26, 2013. The Court finds this Motion in order.

**IT IS THEREFORE ORDERED** that the Government's "Motion for Limited Disclosure of Sealed Documents" is hereby GRANTED.

**IT IS FURTHER ORDERED** that the Government may disclose the sealed Indictment, Arrest Warrants, and any related documents to appropriate law enforcement, to include the FBI Headquarters Crimes Against Children Unit, INTERPOL, FBI Legat Cairo, Egyptian law enforcement and to diplomatic, intelligence, military, or other personnel, both in the United States and internationally, as appropriate to obtain custody of or to detain Defendant who is abroad as may be necessary in order to effectuate the arrest of such Defendant.

**IT IS FURTHER ORDERED** that the Government and FBI may disclose the existence of the Indictment to Manuela Mosley, a victim in the case.

**IT IS FURTHER ORDERED** that this Order and the Government's Motion shall remain sealed pending further order of the Court.

**SO ORDERED**.

Signed: February 27, 2013

David S. Cayer
United States Magistrate Judge