IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION


FILED
CHARLOTTE, NC
DEC 30 2014
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:13CR46-RJC |
| ) | |
| v. ) | **ORDER UNSEALING BILL** |
| ) | **OF INDICTMENT AND** |
| DIVETT LYDRELL MAYS ) | **ARREST WARRANT** |
| ) | |

UPON MOTION of the United States of America for an order directing that the Bill of Indictment and Arrest Warrant be unsealed,

IT IS HEREBY ORDERED that the Bill of Indictment and Arrest Warrant be unsealed.

The Clerk is directed to email a copy of the order to Assistant U.S. Attorney Kimlani M. Ford at Kimlani.Ford@usdoj.gov.

SO ORDERED this 30th day of December, 2014.

THE HONORABLE GRAHAM C. MULLEN
UNITED STATES DISTRICT JUDGE